UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

MADISON SPARKS, on behalf of
herself and all others similarly
situated,

       Plaintiff,

vs.                                     Case No.   3:22-cv-205-MMH-PDB

KYODAI SUSHI ROCK CAFE,
INC., et al.,

       Defendants.
_____/

## ORDER OF DISMISSAL

**THIS CAUSE** is before the Court on the Joint Stipulation to Dismiss *Without* Prejudice (Dkt. No. 30; Stipulation) filed on December 20, 2022. In the Stipulation, the parties request dismissal of this matter without prejudice. See Stipulation at 1. Accordingly, it is hereby

**ORDERED:**

1.    This case is **DISMISSED without prejudice**.

2. The Clerk of the Court is directed to terminate all pending motions and close the file.

**DONE AND ORDERED** in Jacksonville, Florida this 21st day of December, 2022.

MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record